JOSEPH W. COTCHETT, Cal. Bar No. 36324
THOMAS E. LOESER, Cal. Bar No. 202724
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
jcotchett@cpmlegal.com
tloeser@cpmlegal.com

Mark S. Reich (*pro hac vice* pending)
Michael N. Pollack (*pro hac vice* pending)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, Floor 17
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
mreich@zlk.com
mpollack@zlk.com

KARIN B. SWOPE (*pro hac vice* to be filed)
JACOB M. ALHADEFF (*pro hac vice* to be filed)
**COTCHETT, PITRE & McCARTHY LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272
Facsimile: (206) 299-4184
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURNS, JONATHAN MOULTON, AND STEVEN ZOU, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NZXT, INC. & FRAGILE, INC.<br><br>Defendants. | Case No.<br><br>**CLASS ACTION**<br><br>DECLARATION OF STEVEN ZOU RE: CLRA VENUE |

I, Steven Zou, hereby declare and state as follows:

1. I am a Plaintiff in the above-captioned action. Pursuant to Cal. Civ. Code § 1780(d), I make this declaration in support of the Class Action Complaint and the claim therein

1 | for relief under Cal. Civ. Code § 1780(a). I have personal knowledge of the facts stated herein and, if necessary, could competently testify thereto.

2. This action for relief under Cal. Civ. Code § 1780(a) has been commenced in a county that is a proper place for trial of this action because Defendant Fragile, Inc. has their principal place of business in San Francisco. This falls within the jurisdiction of U.S. District Court for the Northern District of California. The case arises out of a transaction between Plaintiff and Fragile, Inc., and the Plaintiff resides in and received bills in Los Angeles, California.

This declaration is signed under penalty of perjury under the laws of the State of California this __5th__ day of August, 2025.

*Steven Zou*
Steven Zou