CLAUDIA M. VETESI (SBN 233485)
CVetesi@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

ADAM J. HUNT (*pro hac vice*)
AHunt@mofo.com
MICHAEL G. AHERN (*pro hac vice*)
MAhern@mofo.com
250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

Attorneys for Defendant
FRAGILE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURNS, JONATHAN MOULTON, AND STEVEN ZOU, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NZXT, INC. & FRAGILE, INC.,<br><br>Defendants. | Case No. 4:25-cv-06604-JST<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed:  August 5, 2025<br><br>Trial Date: Not Set Yet |

1    Pursuant to the Court's December 9, 2025 Order (ECF No. 42), Plaintiffs Jacob Burns,

2    Jonathan Moulton, and Steven Zou ("Plaintiffs") and Defendants Fragile, Inc. ("Fragile") and

3    NZXT, Inc. ("NZXT" and together with Fragile, "Defendants") (collectively with Plaintiffs, the

4    "Parties") submit this Joint Status Report.

5    **1.    Case Update**.

6    On November 13, 2025, the Parties attended an in-person mediation and reached an

7    agreement in principle on the key terms of a settlement.  Because the Parties required additional

8    time to complete their discussions, on December 8, 2025, they filed a stipulation and proposed

9    order extending the time for Defendants to respond to the Complaint.  (ECF No. 41).  On

10    December 9, 2025, the Court extended Defendants' deadline to respond to the Complaint to

11    March 16, 2026, adjourned the initial case management conference to February 24, 2026, and

12    ordered that the Parties report to the Court with an update on January 30, 2026.  (ECF No. 42).

13    Defendants have provided requested information to Plaintiffs, and the Parties are currently

14    negotiating the settlement plan of allocation.  The Parties are making progress but require

15    additional time to finalize their settlement.

16    **2.    Scheduling**.

17    The Parties propose providing another status report to the Court on February 27, 2026,

18    and request that the Court stay this matter until that time.  As detailed in the contemporaneously

19    filed stipulation, the Parties also seek an additional 45-day extension of all current deadlines.

20    Specifically, the Parties propose that Defendants' deadline to respond to the Complaint be

21    extended from March 16, 2026, to April 30, 2026; Plaintiffs' opposition (if the Parties do not

22    finalize a settlement and Defendants file a motion to dismiss the Complaint) be extended from

23    April 30, 2026, to June 15, 2026; Defendants' reply be extended from May 21, 2026, to July 6,

24    2026; and the case management conference currently scheduled for February 24, 2026, be

25    adjourned until a date on or after April 14, 2026.

26

27

28

1  Dated: January 30, 2026

2

3  **MORRISON & FOERSTER** LLP                    **COTCHETT, PITRE & MCCARTHY, LLP**

4  By: */s/ Claudia M. Vetesi*                     By: */s/ Thomas E. Loeser*
   Claudia M. Vetesi (SBN 233485)                  Joseph W. Cotchett, Cal. Bar No. 36324
5  CVetesi@mofo.com                                Thomas E. Loeser, Cal. Bar No. 202724
   Penelope A. Preovolos (SBN 87607)               840 Malcom Road
6  PPreovolos@mofo.com                             Burlingame, CA 94010
   425 Market Street                               Tel: 650-697-6000
7  San Francisco, California 94105-2482            Fax: 650-697-0577
   Telephone: 415.268.7000                         jcotchett@cpmlegal.com
8  Facsimile: 415.268.7522                         tloeser@cpmlegal.com

9  ADAM J. HUNT (*pro hac vice*)                   Karin B. Swope (*pro hac vice*)
   AHunt@mofo.com                                  Jacob M. Alhadeff (*pro hac vice*)
10 MICHAEL G. AHERN (*pro hac vice*)               1809 7th Ave., Ste. 1610
   MAhern@mofo.com                                 Seattle, WA 98101
11 250 West 55th Street                            Tel: (206) 802-1272
   New York, New York 10019-9601                   Fax: (206) 299-4184
12 Telephone: 212.468.8000                         kswope@cpmlegal.com
   Facsimile: 212.468.7900                         jalhadeff@cpmlegal.com

13 *Attorneys for Defendant Fragile, Inc.*
                                                   LEVI & KORSINSKY, LLP
14 **VORYS, SATER, SEYMOUR AND**                   Mark S. Reich (*pro hac vice*)
   **PEASE LLP**                                   Michael N. Pollack (*pro hac vice*)
15                                                 33 Whitehall Street, Floor 17
   By: */s/ Christopher A. LaRocco*                New York, NY 10004
16 Tracy A. Doudt (SBN 357577)                     Telephone: (212) 363-7500
   tadoudt@vorys.com                               Facsimile: (212) 363-7171
17 John L. Landolfi (*pro hac vice*)               Email: mreich@zlk.com
   jllandolfi@vorys.com                            Email: mpollack@zlk.com
18 2211 Michelson Drive, Suite 500
   Irvine, CA 92612                                *Counsel for Plaintiffs*
19 Telephone: (949) 531-4497
   Facsimile: (949) 531-4497
20
   Christopher A. LaRocco (*pro hac vice*)
21 calarocco@vorys.com
   52 E. Gay Street
22 Columbus, OH 43215
   Telephone: (614) 464-5412
23
24 *Attorneys for Defendant NZXT, Inc.*

25

26

27

28

1

### ATTESTATION OF E-FILED SIGNATURE

2        I, Claudia M. Vetesi, am the ECF User whose ID and password are being used to file this

3   **JOINT STATUS REPORT**.  In accordance with Local Rule 5-1(i)(3), concurrence in and

4   authorization of the filing of this document has been obtained from Thomas E. Loeser, counsel

5   for Plaintiffs, and Christopher A. LaRocco, counsel for Defendant NZXT, Inc.  I shall maintain

6   records to support this concurrence for subsequent production for the Court if so ordered or for

7   inspection upon request by a party.

8

Dated: January 30, 2026

9

10                                          By: */s/ Claudia M. Vetesi*
                                               CLAUDIA M. VETESI
11
                                               *Attorneys for Defendant*
12                                             FRAGILE, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28