JOSEPH W. COTCHETT, Cal. Bar No. 36324
THOMAS E. LOESER, Cal. Bar No. 202724
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcom Road
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
jcotchett@cpmlegal.com
tloeser@cpmlegal.com

-AND-

KARIN B. SWOPE (*pro hac vice*)
JACOB M. ALHADEFF (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272
Facsimile: (206) 299-4184
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

*Attorneys for Plaintiffs*

Mark S. Reich\*
Michael N. Pollack\*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
mreich@zlk.com
mpollack@zlk.com

\* *pro hac vice* forthcoming

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BURNS, JONATHAN MOULTON, AND STEVEN ZOU, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> NZXT, INC. & FRAGILE, INC. <br><br> Defendants. | Case No. 4:25-cv-06604-JST <br><br> **PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**<u>NOTICE OF MOTION AND MOTION</u>**

PLEASE TAKE NOTICE that on June 18, 2026, at 2:00 p.m., or as soon thereafter as the matter may be heard by the Honorable Judge Jon S. Tigar of the United States District Court of the Northern District of California, Oakland Division, in Courtroom 6, 2nd Floor, located at 1301 Clay Street, Oakland, California, Plaintiffs Jacob Burns, Jonathan Moulton, and Steven Zou, individually and on behalf of all others similarly situated, will hereby move the Court pursuant to Federal Rules of Civil Procedure 23 for an order preliminarily approving the proposed Settlement Agreement of this case pursuant to which the parties proposed to settle this action on a classwide basis, provisionally certifying the proposed Settlement Class, approving and directing notice to the Settlement Class in the form and manner set forth in the Settlement Agreement or in such other form and manner determined by the Court, and scheduling a final fairness hearing.

This unopposed motion is based on this Notice of Motion and Motion for Preliminary Approval of Settlement, the following memorandum of points and authorities, the Declaration of Thomas E. Loeser in support, the accompanying settlement agreement and proposed form of notice, the pleadings and the papers on file in this action, and such other matters as the Court may consider or permits.

DATED: April 7, 2026.

**COTCHETT, PITRE & McCARTHY, LLP**

By: *<u>/s/ Thomas E. Loeser</u>*
Joseph W. Cotchett, Cal. Bar No. 36324
Thomas E. Loeser, Cal. Bar No. 202724
840 Malcom Road
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
jcotchett@cpmlegal.com
tloeser@cpmlegal.com

Karin B. Swope (*pro hac vice*)
Jacob M. Alhadeff (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272

Fax: (206) 299-4184
kswope@cpmlegal.com
jalhadeff@cpmlegal.com

Mark S. Reich*
Michael N. Pollack*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: mpollack@zlk.com

\* *pro hac vice* forthcoming

*Counsel for Plaintiffs*

3