# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IF YOU RESIDE IN THE UNITED STATES AND SUBSCRIBED TO THE NZXT FLEX PROGRAM TO OBTAIN A PERSONAL COMPUTER BETWEEN OCTOBER 19, 2023 AND MARCH 30, 2026, YOU MAY BE ENTITLED TO BENEFITS FROM A SETTLEMENT.**

*A court authorized this notice. This is not a solicitation.*

- A Settlement, consisting of $1,450,000 cash and approximately $2,000,000 in non-cash benefits, has been reached in a class action lawsuit against NZXT, Inc. and Fragile, Inc. (together, "Defendants") alleging that Defendants violated certain consumer protection and debt collection laws in connection with the NZXT Flex Program. Plaintiffs assert that Defendants misrepresented the terms of their rental-based PC hardware program ("NZXT Flex Program"). Defendants deny all allegations in the lawsuit and deny any liability or wrongdoing.

- You may be a member of the "Settlement Class" if you reside in the United States and subscribed to the NZXT Flex program to obtain a PC between October 19, 2023 and March 30, 2026. Settlement Class Members may be able to receive the following Settlement benefits:

  - **Debt Forgiveness** –You will automatically receive Debt Forgiveness if, as of March 30, 2026, you were more than 90 days delinquent in your subscription payments or if you submit a Claim Form for PC Retention. You do not need to submit a Claim Form to receive Debt Forgiveness. If you have less than $500 in Covered Debt, you may also submit a Claim Form to receive a cash payment.
  - **Cash Payment** – You may submit a Claim Form to receive a pro rata (a legal term meaning equal share) cash payment if you are not eligible for Debt Forgiveness or if your Debt Forgiveness is less than $500.
  - **PC Retention** – Instead of a cash payment, you may submit a Claim Form to keep your NZXT Flex PC permanently without any further payments and having any outstanding debts cancelled.
  - **Business Practice Changes** – Defendants have agreed to make enhancements to their website, sign up flow, Subscription Agreement, marketing, and advertising.

- Your rights are affected whether you act or do not act. Read this notice carefully.

- These rights and options — **and the deadlines to exercise them** — are explained in this Notice.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM FORM** | To receive a cash payment or keep your PC, you must submit a timely and valid Claim Form. Debt Forgiveness will be applied automatically unless you exclude yourself from the Settlement. You do not need to submit a Claim Form for Debt Forgiveness. | Submitted online or Postmarked by: **MONTH DD, 20YY** |
| **EXCLUDE YOURSELF** | Get no Settlement benefits. Keep your right to file your own lawsuit against Defendants arising out of the facts or legal claims alleged in this lawsuit. | Postmarked by: **MONTH DD, 20YY** |
| **OBJECT TO THE SETTLEMENT** | Stay in the Settlement but tell the Court why you do not like the Settlement. You will still be bound by the Settlement if the Court approves it. | Filed by: **MONTH DD, 20YY** |
| **DO NOTHING** | Get no cash payment. Automatically receive Debt Forgiveness. Give up your legal rights. | |

- The Court must still decide whether to approve the Settlement, attorneys' fees and costs, and service awards. No Settlement benefits will be provided unless the Court approves the Settlement, and it becomes final.

**QUESTIONS? CALL 1•[XXX-XXX-XXXX] OR VISIT WWW.[URL].COM**

i

## BASIC INFORMATION

| 1. | Why was this Notice provided? |
| --- | --- |

A federal Court authorized this Notice because you have a right to know about the proposed Settlement of the lawsuit and all of your options before the Court decides whether to approve the proposed Settlement. This Notice explains the lawsuit, the Settlement, your legal rights, what benefits are available, how to get them, and who can get them.

Judge Jon S. Tigar of the United States District Court for the Northern District of California is overseeing this lawsuit and will decide whether to approve the Settlement. The lawsuit is known as *Burns v. NZXT, Inc.*, No. 4:25-cv-06604 (N.D. Cal.). The persons who sued are called the Plaintiffs. The companies they are suing, NZXT, Inc. and Fragile, Inc., are called the Defendants.

| 2. | What is a class action? |
| --- | --- |

In a class action, one or more people called "Class Representatives" (in this lawsuit, Jacob Burns, Jonathan Moulton, and Steven Zou, the Plaintiffs) sue on behalf of people who have similar legal claims. Together, all these people are called a class or class members. One court resolves the issues for all class members, except for those class members who timely exclude themselves (opt out) from the class.

| 3. | What is the lawsuit about? |
| --- | --- |

Plaintiffs allege that certain practices relating to the NZXT Flex Program violated consumer protection and debt collection laws. Plaintiffs assert that Defendants misrepresented the terms of their rental-based PC hardware program ("NZXT Flex Program").

Defendants deny all allegations in the lawsuit and deny any liability or wrongdoing. Absent the proposed settlement, Defendants would vigorously defend against the legal claims through trial and any necessary appeals. The proposed Settlement to resolve this lawsuit is not an admission of liability or any wrongdoing of any kind by Defendants. No court or other judicial entity has made any judgment or other determination of any wrongdoing by Defendant, or that any law has been violated. Instead, Plaintiffs and Defendants have agreed to a settlement to avoid the risk, cost, and time of continuing the lawsuit.

| 4. | Why is there a Settlement? |
| --- | --- |

Plaintiffs and Defendants do not agree about the legal claims made in this lawsuit. The lawsuit has not gone to trial, and the Court has not decided in favor of the Plaintiffs or Defendants. Instead, the Class Representatives and Defendants agreed to a Settlement. This way, they avoid the cost, burden, and uncertainty of a trial and the Settlement Class Members can get benefits. The Class Representatives and their lawyers think the proposed Settlement is best for all Settlement Class Members.

**WHO IS INCLUDED IN THE SETTLEMENT**

| 5. | How do I know if I am part of the Settlement? |
|---|---|

The Settlement Class includes:

> All persons who reside in the United States, who currently subscribe or previously subscribed to the NZXT Flex Program between October 19, 2023 and March 30, 2026 to obtain a PC.

> The Settlement Class excludes Defendants; any entity in which Defendants have a controlling interest; Defendants' directors, officers, and employees; and Defendants' legal representatives, successors, and assigns. Also excluded from the Settlement Class are all judicial officers assigned to this lawsuit as well as their staff and immediate families.

| 6. | What if I am still not sure if I am included in the Settlement Class? |
|---|---|

If you are still not sure whether you are included in the Settlement Class, you can visit the website www.[URL].com, call toll-free 1-[XXX-XXX-XXXX], or write to the *Burns v. NZXT, Inc.* Settlement Administrator, [insert address], for more information.

**THE SETTLEMENT BENEFITS-WHAT YOU GET IF YOU QUALIFY**

| 7. | What does the Settlement provide? |
|---|---|

The Settlement provides a total of approximately $3,450,000 in relief to the Settlement Class, consisting of a $1,450,000 non-reversionary Settlement Cash Fund and approximately $2,000,000 in non-cash relief, including Debt Forgiveness and PC Retention. After deducting any Court-approved Attorneys' Fees and Expenses, Service Awards, and Administrative and Notice Costs, the remaining Net Settlement Cash Fund will be distributed to eligible Settlement Class Members who submit valid Claim Forms. In addition, eligible Settlement Class Members may receive automatic Debt Forgiveness and/or may elect PC Retention, as described below.

| 8. | What can I get from the Settlement? |
|---|---|

If you are a Settlement Class Member you may be eligible for the following Settlement benefits:

- **Debt Forgiveness**: If you were more than 90 days delinquent on your NZXT Flex subscription payments as of March 30, 2026 or if you submit a Claim Form for PC Retention, you may be eligible for automatic cancellation of your outstanding subscription debt ("Covered Debt"). If your Covered Debt is less than $500, you may also submit a Claim Form for a cash payment. You do not need to submit a Claim Form to receive Debt Forgiveness.

- **Cash Payment**: You may submit a timely and valid Claim Form, to receive a pro rata (a legal term meaning equal share) cash payment if you are not eligible for Debt Forgiveness or if your Debt Forgiveness is less than $500. The amount of your cash payment will depend on the number of valid claims submitted. If you are eligible for Debt Forgiveness,

your cash payment will be reduced by the amount of debt forgiven.

- **PC Retention**: Instead of a cash payment, you may elect to permanently keep your NZXT Flex PC, terminate your subscription, make no further payments, and have any qualifying outstanding Covered Debt forgiven. Eligible individuals must choose between PC Retention and a cash payment; you may not receive both. You may be eligible for PC retention if:

  o Your account is more than 90 days delinquent as of March 30, 2026 and you signed up for the NZXT Flex Program between October 29, 2024, and June 1, 2025; or

  o You entered into NZXT Flex subscriptions on or before December 31, 2023, and have not received an upgraded PC.

The Settlement Administrator will determine your eligibility for a Cash Payment, PC Retention and/or Debt Forgiveness based on records and your submitted Claim Form, subject to the Court's approval.

- **Business Practice Changes**: Defendants have agreed to make enhancements to their website, sign up flow, Subscription Agreement, marketing, and advertising.

### HOW TO GET A CLASS BENEFIT

| 9. | How do I get Settlement benefits? |
|----|-----------------------------------|

If you received a notice by email or a postcard indicating that you may be a member of the Settlement Class and you do not opt out of the Settlement Class, you must submit a timely and valid Claim Form to receive a cash payment or PC Retention as described above. Your Claim Form must be submitted online at www.XXXXXXXXXX.com, by **MONTH DD, 20YY**, or mailed to the Settlement Administrator **postmarked** by **MONTH DD, 20YY**. Claim Forms are also available on the Settlement Website or by calling 1-XXX-XXX-XXXX or by writing to:

*Burns v. NZXT, Inc.*
Settlement Administrator
PO Box XXXX
Portland, OR 97XXX-XXXX

You do not need to submit a Claim Form to receive Debt Forgiveness.

Please note per the United States Postal Service, mail may *not* be postmarked the day it is deposited in a mailbox or at a local post office. Postmarks occur when mail reaches a processing facility. To meet a postmark deadline, **mail at least a week prior to a postmark deadline**, get a manual postmark in-person at any post office, or send via Certified Mail.

## 10.    What happens if my contact information changes after I submit a Claim Form?

If you change your mailing address or email address after you submit a Claim Form, it is your responsibility to inform the Settlement Administrator of your updated information. You may notify the Settlement Administrator of any changes at:

*Burns v. NZXT, Inc.*
Settlement Administrator
PO Box XXXX
Portland, OR 97XXX-XXXX
1-XXX-XXX-XXXX

## 11.    When will I get my Settlement benefits?

The Court will hold a hearing on [insert date], at [insert time], to decide whether to grant final approval of the Settlement. Settlement benefits will be provided by the Settlement Administrator after the Settlement is approved by the Court and becomes final.

It may take time for the Settlement to be approved and become final. Please be patient and check www.XXXXXXXXXXX.com for updates. If the Court approves the Settlement, there may be objections. It is always uncertain whether objections will be filed and, if so, how long it will take to resolve them. Class Payments, confirmation of PC Retention, and confirmation of Debt Forgiveness will be distributed to Settlement Class Members as soon as possible, if and when the Court grants final approval of the Settlement and any objections are overruled with finality. The Court may also elect to move the Final Approval Hearing to a different date or time in its sole discretion, without providing further notice to the Settlement Class. The date and time of the Final Approval Hearing can be confirmed at www.[URL].com.

## 12.    What rights am I giving up to get Settlement benefits and stay in the Settlement Class?

Unless you opt out, you will remain in the Settlement Class. If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. You will not be able to sue, continue to sue, or be part of any other lawsuit against Defendants arising out of the facts or legal claims alleged in this lawsuit. The rights you are giving up are called Released Claims, which are explained below.

## 13.    What are the Released Claims?

**Section I of the Settlement Agreement describes the Released Claims and the Release in necessary legal terminology, so please read this section carefully**. The Settlement Agreement is available at **www.[URL].com**. For questions regarding the Release or Released Claims and what the language in the Settlement Agreement means, you can also contact Settlement Class Counsel listed below for free, or you can talk to your own lawyer at your own expense.

### OPTING OUT OF THE SETTLEMENT

If you want to keep the right to sue or continue to sue Defendants at your expense for any legal claim arising out of the facts or legal claims alleged in this lawsuit, and you do not want to receive

Settlement benefits from this Settlement, you must take steps to get out of the Settlement. This is called opting out of, or excluding yourself from, the Settlement.

### 14.   How do I request to opt out of the Settlement?

To opt out of the Settlement, you must submit a written request with the following information:

1.  Your name, address, telephone number, and email address;
2.  A statement that you wish to opt out of the Settlement Class in *Burns v. NZXT, Inc.*, 4:25-cv-06604; and
3.  Your signature.

No member of the Settlement Class (or any other person) may request exclusion from the Settlement Class for anyone but themselves. You must personally sign your opt-out request. Mass or class opt-outs, or other purported group opt-outs signed by a lawyer or other person or entity in a representative capacity, are not permitted and will not be accepted.

The exclusion request must be submitted online or mailed to the Settlement Administrator at the following address **postmarked** by **MONTH DD, 20YY**:

*Burns v. NZXT, Inc.*
Settlement Administrator
PO Box XXXX
Portland, OR 972XX-XXXX

**You cannot opt-out (exclude yourself) by telephone or by email.**

Please note per the United States Postal Service, mail may *not* be postmarked the day it is deposited in a mailbox or at a local post office. Postmarks occur when mail reaches a processing facility. To meet a postmark deadline, **mail at least a week prior to a postmark deadline**, get a manual postmark in-person at any post office, or send via Certified Mail.

### 15.   If I opt out, can I still get Settlement benefits from this Settlement?

No. If you opt out, you are telling the Court that you do not want to be part of the Settlement Class in this Settlement. You can only get Settlement benefits if you remain in the Settlement Class and submit a valid and timely Claim Form or are eligible for automatic Debt Forgiveness.

### 16.   If I do not opt out, can I sue Defendants for the same legal claims later?

No. Unless you opt out, you are giving up the right to sue Defendants regarding any legal claims arising from the facts or legal claims alleged in this lawsuit. You must opt out of this lawsuit to have the ability to start or continue with your own lawsuit or be part of any other lawsuit against Defendants arising out of the facts or legal claims alleged in this lawsuit. If you have a pending lawsuit, speak to your lawyer in that lawsuit immediately.

## THE LAWYERS REPRESENTING THE SETTLEMENT CLASS

### 17. Do I have a lawyer in this lawsuit?

Yes. The Court appointed the following lawyers to represent you as "Class Counsel":

| | |
|---|---|
| Joseph W. Cotchett, Thomas E. Loeser, Karin B. Swope, and Jacob M. Alhadeff, of Cotchett, Pitre & McCarthy, LLP, 840 Malcom Road, Burlingame, CA 94010 | Mark S. Reich and Michael N. Pollack, of Levi & Korsinsky, LLP, 33 Whitehall Street, Floor 17, New York, NY 10004 |

You do not have to pay Class Counsel out of your own pocket. If you want to be represented by your own lawyer and have that lawyer appear in Court for you in this lawsuit, you may hire one at your own expense.

### 18. How will the lawyers be paid?

Class Counsel will ask the Court for an award of Attorneys' Fees and Expenses of up to _____, as well as a Service Award of up to $2,500 for each of the Class Representatives. The Court will determine the amounts to be awarded. The Court may award less than these amounts. All of these amounts, as well as the Administrative and Notice Costs, will be paid from the $1,450,000 million cash fund before making Class Payments to Settlement Class Members. Defendants reserve the right to object to any motion, including for Attorneys' Fees and Expenses or a Service Award, filed by Class Counsel.

A copy of Class Counsel's motion for Attorneys' Fees and Expenses and for the Class Representative's Service Award will be available at www.[URL].com by [insert date].

### 19. May I get my own lawyer?

If you are in the Settlement Class, you are not required to hire your own lawyer because Class Counsel is working on your behalf. However, if you want your own lawyer, you may hire one at your own expense. If you opt out of the Settlement, you will no longer be represented by Class Counsel once the Settlement is approved.

## OBJECTING TO THE SETTLEMENT

### 20. How do I tell the Court that I do not like the Settlement?

If you are a Settlement Class Member, you can tell the Court if there is something about the Settlement that you do not like by submitting an objection. By submitting an objection, you do not opt out or exclude yourself from the Settlement. You cannot ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no Settlement benefits will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed Settlement must be in writing. If you submit a timely written

objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own lawyer. If you appear through your own lawyer, you are responsible for hiring and paying that lawyer.

To file an objection, you cannot exclude yourself from the Settlement Class. All written objections and supporting papers must:

(a) Clearly identify the case name and number (*Burns v. NZXT, Inc*., 4:25-cv-06604);
(b) Include your full name, address, telephone number, and email address and any lawyer representing you (if you are represented by lawyer);
(c) Include information sufficient to verify that you are a Settlement Class Member;
(d) State whether the objection applies only to you as the objector, to a specific subset of the Settlement Class, or to the entire Settlement Class;
(e) State the grounds for the objection; and
(f) Be personally signed and dated by you as the objector.

To object, you must submit your timely written objection with the Court through ECF as provided below by **MONTH DD, 20YY**, or send by U.S. mail to the Court postmarked by **MONTH DD, 20YY**, to:

Clerk of Court
United States District Court for the Northern District of California
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Please note per the United States Postal Service, mail may *not* be postmarked the day it is deposited in a mailbox or at a local post office. Postmarks occur when mail reaches a processing facility. To meet a postmark deadline, **mail at least a week prior to a postmark deadline**, get a manual postmark in-person at any post office, or send via Certified Mail.

**<u>Notice of Intention to Appear</u>:**

If you are a Settlement Class Member and you object, you have the right, but are not required, to attend the Final Approval Hearing.

- If you object to the Settlement and intend to appear at the Final Approval Hearing, your objection must also include your notice of intention, or that of your lawyer, to appear at the Final Approval Hearing.
- Your lawyer must enter a Notice of Appearance no later than 14 days before the Final Approval Hearing.

| 21. | What is the difference between objecting and opting out? |
|---|---|

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you stay in the Settlement Class (and do not opt out). Opting out is telling the Court that you do not want to be part of the Settlement Class. If you opt out, you cannot object because the Settlement no longer affects you.

**QUESTIONS? CALL 1•[XXX-XXX-XXXX] OR VISIT WWW.[URL].COM**

**THE COURT'S FINAL APPROVAL HEARING**

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you do not have to.

| 22. | When and where will the Court decide whether to approve the Settlement? |
|---|---|

The Court will hold a Final Approval Hearing on [insert date], at [insert time], at the United States District Court for the Northern District of California, Oakland Courthouse, 1301 Clay Street, Courtroom 6 – 2nd Floor, Oakland, CA 94612. At this hearing, the Court will decide whether to approve the Settlement, Class Counsel's request for Attorneys' Fees and Expenses, and the Service Award to the Class Representatives.

If there are objections that were filed by the deadline, the Court will consider them. If you file a timely objection, and you (or your lawyer) ask to speak at the hearing, the Court may hear objections at the hearing.

The Court may move the Final Approval Hearing to a different date or time without providing further notice to the Settlement Class. The date and time of the Final Approval Hearing can be confirmed at www.[URL].com.

| 23. | Do I have to come to the Final Approval Hearing? |
|---|---|

No. Class Counsel will answer any questions the Court may have. However, you are welcome to come to the Final Approval Hearing at your own expense. If you file an objection, you do not have to come to Court to talk about it. As long as you submitted your written objection by the deadline, the Court will consider it. You may also pay your own lawyer to attend, but that is not necessary.

| 24. | May I speak at the Final Approval Hearing? |
|---|---|

Yes. You may ask the Court for permission to speak at the Final Approval Hearing.

You must file a written Notice of Intent to Appear to speak at the Final Approval Hearing. As explained above, if you object to the Settlement and intend to appear at the Final Approval Hearing, your objection must also include your notice of intention, or that of your lawyer, to appear at the Final Approval Hearing. Your lawyer must enter a Notice of Appearance no later than 14 days before the Final Approval Hearing.

**IF YOU DO NOTHING**

| 25. | What happens if I do nothing at all? |
|---|---|

If you are a member of the Settlement Class and you do nothing, you will not get a cash payment or PC Retention. You must file a Claim Form to receive a cash payment or PC Retention. If you are eligible, you will automatically receive Debt Forgiveness.

You will give up the rights explained above, including your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants arising out of the facts or legal claims alleged in this lawsuit.

**QUESTIONS? CALL 1•[XXX-XXX-XXXX] OR VISIT WWW.[URL].COM**

### GETTING MORE INFORMATION

**26.    Are more details available?**

Visit the Settlement Website at www.[URL].com, where you will find the Settlement Agreement and other related documents. You may also call toll-free at 1-[XXX-XXX-XXXX] or write to:

*Burns v. NZXT, Inc.*
Settlement Administrator
PO Box XXXX
Portland, OR 97XXX-XXXX

You may also access the Court docket in this case, for a fee, through the Court's Public Access to Electronic Records (PACER) system at https://ecf.cand.uscourts.gov. To learn about PACER and register for a PACER account, go to https://www.Pacer.gov/. Once you have a PACER account, you can access and retrieve documents from the Court's docket for the lawsuit at https://ecf.cand.uscourts.gov/cgi-bin/login.pl.

You can also access and retrieve documents from the Court's docket by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at any of the Court's locations between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT'S CLERK OFFICE REGARDING THIS NOTICE.**