# EXHIBIT D

*Burns v NZXT, Inc & Fragile, Inc*
In the United States District Court for the Central District of California
Case No. 4:25-cv-06604 (N.D. Cal)

**Settlement Claim Form**

> **If you are a Settlement Class Member and wish to receive a payment, your completed Claim Form must be postmarked on or before TBD, or submitted online on or before TBD.**

Please read the full Notice of this Settlement (available at website) carefully before filling out this Claim Form. To be eligible to receive any benefits from the Settlement obtained in this class action lawsuit, you must submit this completed Claim Form online or by mail:

**ONLINE:**      Website

**MAIL**:        Burns v. NZXT, Inc. Class Action Settlement Administrator
                 PO Box 4417
                 Portland, OR 97208-4417

Unless you request exclusion from the Settlement Class as explained in the Class Notice, you will be bound by the Settlement Agreement and Release and the Final Judgment even if you do not submit the Claim Form. If you requested exclusion from the Settlement Class, you are not eligible to receive a cash payment or any other benefit from the Settlement, and you may **not** submit a Claim Form.

If your Claim Form is incomplete, contains false information, or is not submitted by the deadline, your claim will be rejected, and you will waive all rights to receive payment or to retain your NZXT Flex PC without further payment under this Settlement. The Settlement Administrator may contact you to request more information to verify your claim. The information you provide will be treated as confidential and used for the purpose of this Settlement only.

---

### CLAIMANT INFORMATION

---

Provide your name and contact information below. It is your responsibility to notify the Settlement Administrator of any changes to your contact information after the submission of your Claim Form.

First Name: _____ Last Name: _____

Address:        _____

                _____
                (city)                                      (state)         (zip)

Email Address: _____

Phone Number: _____

NZXT Flex PC Model: _____

NZXT Subscription Agreement Date: _____

---

### [Claim Form No. 1] CASH PAYMENT ONLY

---

To receive a cash payment, you must:

1. Check one box under either of the two Scenarios below:
   - ☐ **Scenario 1:**
     - i. I viewed disclosures or advertisements that I believed implied that I would own, or have an ownership interest in, the NZXT Flex PC; and
     - ii. This representation was important in my decision to subscribe to the NZXT Flex Program.
   - ☐ **Scenario 2:**
     - i. Prior to signing up, I viewed product specifications or performance metrics for NZXT Flex PCs on the NZXT Flex website; and
     - ii. These specifications or performance metrics were important in my decision to subscribe to the NZXT Flex Program; and
     - iii. I believe that I received a NZXT Flex PC that had inferior product specifications and/or performance metrics to those that I viewed and relied on when signing up for the NZXT Flex Program.

If eligible, you will receive a pro-rata portion of the Net Settlement Cash Amount up to a cap of $500 per PC. This amount will increase or decrease pro-rata depending on the total number of valid claims submitted.

---

### [Claim Form No. 2] CASH PAYMENT + DEBT RELIEF (under $500 in Debt)

---

You will automatically receive Debt Forgiveness. To be eligible to receive a cash payment, you must check one box under either of the two Scenarios below:

   - ☐ **Scenario 1:**
     - i. I viewed disclosures or advertisements that I believed in good faith implied that I would own, or have an ownership interest in, the NZXT Flex PC; and
     - ii. This representation was important in my decision to subscribe to the NZXT Flex Program.
   - ☐ **Scenario 2:**
     - i. Prior to signing up, I viewed product specifications or performance metrics for NZXT Flex PCs on the NZXT Flex website; and
     - ii. These specifications or performance metrics were important in my decision to subscribe to the NZXT Flex Program; and

   iii. I believe that I received a NZXT Flex PC that had inferior product specifications and/or performance metrics to those that I viewed and relied on when signing up for the NZXT Flex Program.

If eligible, you will receive a total of up to $500 per PC in debt relief and cash payment, combined.  Then, after confirmation by the Settlement Administrator of your claim, you will receive a cash payment representing the difference between $500 and the amount of debt that has been forgiven. This amount will increase or decrease pro rata depending on the total number of valid claims submitted.

---

### [Claim Form No. 3] PC RETENTION OR CASH PAYMENT

---

You may elect to *either* keep your PC **or** receive a cash payment.  Check the appropriate box below and then fill in the information required for that option.

**If you want to be to retain your PC but <u>not</u> receive a cash payment, you must check the box for Scenario 1 below**:
  ☐ **Scenario 1:**
   i. I wish to retain my PC; and
   ii. I viewed disclosures or advertisements that I believed in good faith implied that I would own, or have an ownership interest in, the NZXT Flex PC; and
   iii. These representations were important in my decision to subscribe to the NZXT Flex Program.

**If you want to be eligible to receive a cash payment but not retain your PC, you must check the box for either Scenario 2 or 3 below**:
  ☐ **Scenario 2:**
   i. I wish to receive a cash payment; and
   ii. I viewed disclosures or advertisements that I believed in good faith implied that I would own, or have an ownership interest in, the NZXT Flex PC; and
   iii. This representation was important in my decision to subscribe to the NZXT Flex Program.

  ☐ **Scenario 3:**
   i. I wish to receive a cash payment; and
   ii. Prior to signing up, I viewed product specifications or performance metrics for NZXT Flex PCs on the NZXT Flex website; and
   iii. These specifications or performance metrics were important in my decision to subscribe to the NZXT Flex Program; and
   iv. I believe that I received a NZXT Flex PC that that had inferior product specifications and/or performance metrics to the those that I viewed and relied on when signing up for the NZXT Flex Program.

If you elect to keep the NZXT Flex PC and the settlement received final approval, you will receive a separate notice confirming that you now have title to the NZXT Flex PC and the NZXT Flex PC subscription is terminated, so that no additional subscription payments are due. **You must continue paying**

**for the NZXT Flex PC subscription and comply with all other terms of the Subscription Agreement until you receive notice that you have title to the PC.** You do not need to return the NZXT Flex PC to Fragile. In addition, any outstanding debt or further payments that you have for the NZXT Flex PC will be forgiven.

If you elect to receive a cash payment, you must continue paying for the NZXT Flex PC subscription and comply with all other terms of the Subscription Agreement.

---

## PAYMENT SELECTION

---

If you want to receive a cash payment, please select the method of payment:
- ☐ ACH Payment
- ☐ Physical check, and I confirm that the street address on this claim form is correct.

Provide bank account information to receive a direct deposit to your account (ACH transfer):

☐ Checking ☐ Savings

Full Legal Name: _____

9-Digit Routing Number: _____

Account Number: _____

---

## VERIFICATION AND ATTESTATION

---

By signing below, I certify under oath that I am the person who made the claim identified above and that all of the information I have provided on this Claim Form, or that was pre-populated in this claim form, is true and correct, to the best of their knowledge and good faith belief.

Signature: _____

Dated: _____

**Please keep a copy of your Claim Form for your records.**