# EXHIBIT 4

*Class Action Settlement Website Template*



# Burns v. NZXT, Inc.

*Court Case Number: 4:25-cv-06604 (N.D. Cal.)*

## Home

A Settlement has been reached with NZXT, Inc. and Fragile, Inc. (collectively, "Defendants") in a class action lawsuit alleging that Defendants violated certain consumer protection and debt collection laws in connection with the NZXT Flex Program. Defendants deny all allegations of wrongdoing.

You may be included in this Settlement as a member of the "Settlement Class" and entitled to receive a payment called the "Class Payment," receive debt forgiveness, or retain your PC if you subscribed to the NZXT Flex program between October 19, 2023 and March 27, 2026. The criteria to be a Class Member are defined more fully in the FAQ section of this website. Together, all Class Members are collectively known as the "Settlement Class."

Your rights are affected whether you act or do not act.

## Your Legal Rights and Options

| Stay in the Class | A $1,450,000 settlement fund will be established and up to $2,000,000 in value will be offered in debt relief and PC value to qualifying class members. |
|---|---|
| | If you received an email or postcard from the Settlement Administrator, you may be a member of the Settlement Class. To receive a cash payment or elect PC Retention (if eligible), you must submit a valid Claim Form by [DATE]. The Claim Form is available here. Use your Claimant ID number [or QR code] when making a claim. You can find your Claimant ID number on the e-mail or postcard that you received notifying you about the Settlement. If the Court grants final approval and you have timely submitted a valid Claim Form with the necessary information, you will receive the relief for which you are eligible. If you do not submit a completed Claim Form or necessary payment information by [insert date], you will remain in the Settlement Class and forego receiving a Class Payment. |
| | If you are eligible for Debt Forgiveness only (because your Covered Debt exceeds $500), that relief |

*Class Action Settlement Website Template*



| | |
|---|---|
| | will be applied automatically unless you exclude yourself from the Settlement. If you are eligible for Debt Forgiveness in an amount less than $500, your debt will be forgiven automatically, and you also may be eligible for a cash payment representing the difference between $500 and the amount of debt that has been forgiven.  To find out the amount of Debt Forgiveness you will receive, go here and enter your Claimant ID number [or scan your QR Code]. If you do nothing, you will remain in the Settlement Class and, if eligible, may receive automatic Debt Forgiveness, but you will not receive a cash payment or be able to retain your PC.<br><br>If you decide to stay in the Settlement Class, you will give up the right to sue Defendants in a separate lawsuit arising out of the facts or claims alleged in the Lawsuit. The Released Claims are described in FAQ 12. |
| Exclude yourself (Opt Out) | If you decide to opt out of this Settlement, you will keep the right to sue Defendants at your expense in a separate lawsuit arising out of the facts or claims alleged in the Lawsuit this Settlement resolves, but you give up the right to receive any relief from this Settlement.<br><br>This is the only option that allows you to sue, continue to sue, or be part of another lawsuit against Defendants arising out of the facts or claims alleged in this Lawsuit. If you opt out of this Settlement and the Settlement is approved, you will no longer be represented by Class Counsel. |
| Object to the settlement | If you do not opt out of the Settlement, you may object to it by writing to the Court about why you do not like the Settlement. |
| Go to the Final Approval Hearing | You may object to the Settlement and ask the Court for permission to speak at the Final Approval Hearing where the Parties will request that the Final Approval Order be entered approving the Settlement. |

## Current Status

The Preliminary Approval Order was entered on [date]. The Court will decide whether to approve the Settlement at the Final Approval Hearing on [date], at [time] ET/PT.

*Class Action Settlement Website Template*



## Home (Sidebar)

# Important Dates

**October 19, 2023 – March 27, 2026**

Class Period

**Month DD, YYYY**

Deadline to Submit a Claim Form

**Month DD, YYYY**

Deadline to Exclude Yourself from the Settlement

**Month DD, YYYY**

Deadline to Object to the Settlement

**Month DD, YYYY, 00:00 a.m./p.m.**

Final Approval/Fairness Hearing

*Class Action Settlement Website Template*

## Frequently Asked Question (FAQs)

1. What is a class action?
2. What is this Lawsuit about?
3. Why is there a Settlement?
4. How do I know if I am part of the Settlement Class?
5. I'm still not sure if I am included in the Settlement Class.
6. What does the Settlement provide?
7. How much will my Class Benefit be?
8. How do I get a Class Benefit?
9. When will I get my Class Benefit?
10. What rights am I giving up to get a Class Benefit and stay in the Class?
11. What are the Released Claims?
12. How do I request to opt out of the Settlement?
13. If I opt out, can I still get a Class Benefit from this Settlement?
14. If I do not opt out, can I sue Defendants for the same claims later?
15. Do I have a lawyer in this case?
16. How will the lawyers be paid?
17. May I get my own lawyer?
18. How do I tell the Court that I do not like the Settlement?
19. What is the difference between objecting and opting out?
20. When and where will the Court decide whether to approve the Settlement?
21. Do I have to come to the Final Approval Hearing?
22. May I speak at the Final Approval/Fairness Hearing?
23. What happens if I do nothing at all?
24. Are more details available?

*Class Action Settlement Website Template*



## FAQs (Frequently Asked Question)

### 1. What is a class action?

In a class action, one or more people called "Class Representatives" (in this case, Jacob Burns, Jonathan Moulton, and Steven Zou, the Plaintiffs) sue on behalf of people who have similar claims. All these people seek to be part of a "Class" or "Class Members."

Back to Top

### 2. What is the Lawsuit about?

Plaintiffs brought claims alleging that certain practices relating to the NZXT Flex Program violated consumer protection and debt collection laws. Defendants deny all allegations in the Lawsuit and deny any liability or wrongdoing. Absent the proposed settlement, Defendants would vigorously defend against the claims through trial and any necessary appeals. The proposed Settlement to resolve this Lawsuit is not an admission of liability or any wrongdoing of any kind by Defendants.

Back to Top

### 3. Why is there a Settlement?

The Court has not decided in favor of the Plaintiffs or Defendants. Instead, the Class Representatives and Defendants agreed to a Settlement. This way, they avoid the cost, burden, and uncertainty of litigation, including a trial, and the subscribers allegedly affected can get benefits. The Class Representatives and their attorneys think the proposed Settlement is best for all Class Members.

Back to Top

### 4. How do I know if I am part of the Settlement?

The Court has decided that everyone who fits the following description is a member of the Settlement Class, and is thus included in the Settlement:

*Client Services | Last Updated: 5/19/2022*

*Class Action Settlement Website Template*



All persons who reside in the United States, who currently subscribe or previously subscribed to the NZXT Flex Program between October 19, 2023 and March 27, 2026 to obtain a PC. The Settlement Class excludes Defendants; any entity in which Defendants have a controlling interest; Defendants' directors, officers, and employees; and Defendants' legal representatives, successors, and assigns. Also excluded from the Settlement Class are all judicial officers assigned to this case as well as their staff and immediate families.

[Back to Top](#)

## 5. I'm still not sure if I am included in the Settlement Class.

If you are still not sure whether you are included in the Settlement Class, you can call toll-free 1-877-269-8781, or write to the Burns v. NZXT, Inc. Class Action Settlement Administrator, PO Box 4417, Portland, OR 97208-4417, for more information.

[Back to Top](#)

## 6. What does the Settlement provide?

The Settlement provides a total of approximately $3,450,000 in relief to the Settlement Class, consisting of a $1,450,000 non-reversionary Settlement Cash Fund and approximately $2,000,000 in non-cash relief, including Debt Forgiveness and PC Retention. After deducting any Court-approved Attorneys' Fees and Expenses, Service Awards, and Administrative and Notice Costs, the remaining Net Settlement Cash Fund will be distributed to eligible Settlement Class Members who submit valid Claim Forms. In addition, eligible Settlement Class Members may receive automatic Debt Forgiveness and/or may elect PC Retention, as described in FAQ 7.

[Back to Top](#)

## 7. How much will my Class Benefit be?

Relief under the Settlement depends on your eligibility:

- **Cash Payment**: Settlement Class Members are eligible to receive a cash payment from the Net Settlement Cash Fund if either (i) they are not eligible for Debt Forgiveness or are eligible for Debt Forgiveness in an amount less than $500, or (ii) they do not claim the PC Retention option, and (iii) they attest to all statements under at least one of the following Scenarios in the Claim Form:

*Class Action Settlement Website Template*



- o Scenario 1

  - Claimant viewed disclosures or advertisements that they believed in good faith implied that they would own, or have an ownership interest in, the NZXT Flex PC; and

  - This representation was important in their decision to subscribe to the NZXT Flex Program.

  OR

- o Scenario 2

  - Prior to signing up, Claimant viewed product specifications or performance metrics for NZXT Flex PCs on the NZXT Flex website; and

  - These specifications or performance metrics were important in their decision to subscribe to the NZXT Flex Program; and

  - Claimant believes in good faith that they received a NZXT Flex PC that had inferior product specifications and/or performance metrics to those that they viewed and considered when signing up for the NZXT Flex Program.

- **Debt Forgiveness**: Settlement Class Members who were more than 90 days delinquent on their NZXT Flex subscription payments as of March 27, 2026, may be eligible for automatic cancellation of certain outstanding subscription debt ("Covered Debt"). If your Covered Debt is less than $500, you may also be eligible for a cash payment, with your total combined relief capped as provided in the Settlement.

- **PC Retention**: Settlement Class Members shall be eligible for PC Retention if:

  - o Their accounts are more than 90 days delinquent as of March 27, 2026 and they signed up for the NZXT Flex Program between October 29, 2024, and June 1, 2025; or

  - o They entered into NZXT Flex subscriptions on or before December 31, 2023, and have not received an upgraded PC; and

  - o They attest to both of the following statements in the Claim Form:

    - Claimant viewed disclosures or advertisements that they believed in good faith implied that they would own, or have an ownership interest in, the NZXT Flex PC; and

*Class Action Settlement Website Template*



- These representations were important in their decision to subscribe to the NZXT Flex Program.

Eligible individuals must choose between PC Retention and a cash payment; you may not receive both.

The Settlement Class Administrator will determine your eligibility for a Cash Payment, PC Retention or Debt Forgiveness ("Class Benefit") based on Defendants' records and your submitted Claim Form, subject to the Court's approval.

Back to Top

## 8. How do I get a Class Benefit?

If you received a notice by email or a postcard indicating that you may be a member of the Settlement Class and you do not opt out of the Settlement Class, you must submit a valid Claim Form by [date] to receive a cash payment or to elect PC Retention (if eligible). If you do not submit a valid Claim Form (when required) and provide the necessary information by the deadline, you will remain in the Settlement Class but will not receive a cash payment or PC Retention, and will waive your right to sue Defendants separately regarding the claims resolved by this Settlement.

If you are eligible for Debt Forgiveness only, that relief will be applied automatically unless you exclude yourself from the Settlement.

Back to Top

## 9. When would I get my Class Benefit?

The Court will hold a hearing on [insert date], at [insert time], to decide whether to grant final approval of the Settlement. If the Court approves the Settlement, there may be objections. It is always uncertain whether objections will be filed and, if so, how long it will take to resolve them. Class Payments, confirmation of PC Retention, and confirmation of Debt Forgiveness will be distributed to Settlement Class Members as soon as possible, if and when the Court grants final approval of the Settlement and any objections are overruled with finality. The Court may also elect to move the Final Approval Hearing to a different date or time in its sole discretion, without providing further notice to the Settlement Class. The date and time of the Final Approval Hearing can be confirmed on this website.

Back to Top

## 10. What rights am I giving up to get a Class Benefit and stay in the Class?



Unless you opt out, you will remain in the Settlement Class. If you timely submit a valid Claim Form, you may receive a Class Payment, confirmation of PC Retention, or confirmation of Debt Forgiveness if the Settlement is approved and becomes final. If the Settlement is approved and becomes final, all the Court's orders will apply to you and legally bind you. You will not be able to sue, continue to sue, or be part of any other lawsuit against Defendants arising out of the facts or claims alleged in this Lawsuit. The rights you are giving up are called Released Claims, which are explained in FAQ 11.

[Back to Top](#)

## 11. What are the Released Claims?

Generally, if and when the Settlement Agreement becomes final, Settlement Class Members who do not opt out will permanently release Defendants, including their past or present parents, subsidiaries, divisions, affiliates, stockholders, officers, directors, insurers, employees, agents, attorneys, and any of their legal representatives (and the predecessors, heirs, executors, administrators, successors, purchasers, and assigns of each of the foregoing), from claims arising out of the facts or claims alleged in this Lawsuit.

[Back to Top](#)

## 12. How do I request to opt out of the Settlement?

If you want to keep the right to sue or continue to sue Defendants at your expense for any claim arising out of the facts or claims alleged in this Lawsuit, and you do not want to receive a Class Benefit from this Settlement, you must take steps to get out of the Settlement. This is called opting out of, or excluding yourself from, the Settlement.

To opt out, you must timely submit a written request with the following information:

- Your name, address, telephone number, and email address;

- A statement that you wish to opt out of the Settlement Class in Burns v. NZXT, Inc., 4:25-cv-06604; and

- Your signature.

*Client Services | Last Updated: 5/19/2022*

*Class Action Settlement Website Template*



No member of the Settlement Class (or any other person) may request exclusion from the Settlement Class for anyone but himself, herself, or themselves. You must personally sign your opt-out request. Mass or class opt-outs, or other purported group opt-outs signed by an attorney or other person or entity in a representative capacity, are not permitted and will not be accepted.

You must submit your written request either:

- Through the portal on this Settlement Website; or

- By U.S. mail to the Settlement Administrator at Burns v. NZXT, Inc. Class Action Settlement Administrator, PO Box 4417, Portland, OR 97208-4417.

Your opt out request must be received no later than [insert date].

Back to Top

## 13. If I opt out, can I still get a Class Benefit from this Settlement?

No. If you opt out, you are telling the Court that you do not want to be part of the Settlement Class in this Settlement. You can only get a Class Benefit if you remain in the Settlement Class and submit a valid and timely Claim Form or are eligible for automatic Debt Forgiveness.

Back to Top

## 14. If I do not opt out, can I sue Defendants for the same claims later?

No. Unless you opt out, you are giving up the right to sue Defendants regarding any claims arising from the facts or claims alleged in this Lawsuit. You must opt out of this Lawsuit to have the ability to start or continue with your own lawsuit or be part of any other lawsuit against Defendants arising out of the facts or claims alleged in this Lawsuit.

Back to Top

*Class Action Settlement Website Template*



## 15. Do I have a lawyer in this case?

Yes. The Court appointed the following attorneys to represent you as "Class Counsel":

| | |
|---|---|
| Joseph W. Cotchett, Thomas E. Loeser, Karin B. Swope, and Jacob M. Alhadeff, of Cotchett, Pitre & McCarthy, LLP, 840 Malcom Road, Burlingame, CA 94010 | Mark S. Reich and Michael N. Pollack, of Levi & Korsinsky, LLP, 33 Whitehall Street, Floor 17, New York, NY 10004 |

You do not have to pay Class Counsel out of your own pocket. If you want to be represented by your own lawyer and have that lawyer appear in Court for you in this case, you may hire one at your own expense.

Back to Top

## 16. How will the lawyers be paid?

Class Counsel will ask the Court for an award of Attorneys' Fees and Expenses of up to 25% of settlement funds, as well as a Service Award of up to $2,500 for each of the Class Representatives. The Court will determine the amounts to be awarded. All of these amounts, as well as the Administrative and Notice Costs, will be paid from the $1,450,000 million cash fund before making Class Payments to Settlement Class Members. Defendants reserve the right to object to any motion, including for Attorneys' Fees and Expenses or a Service Award, filed by Class Counsel.

A copy of Class Counsel's motion for Attorneys' Fees and Expenses and for the Class Representative's Service Award is available in the Documents section of this website.

Back to Top

## 17. May I get my own lawyer?

*Class Action Settlement Website Template*



If you are in the Settlement Class, you are not required to hire your own lawyer because Class Counsel is working on your behalf. However, if you want your own lawyer, you may hire one at your own expense. If you opt out of the Settlement, you will no longer be represented by Class Counsel once the Settlement is approved.

[Back to Top](#)

### 18. How do I tell the Court that I do not like the Settlement?

If you are a Settlement Class Member, you can tell the Court if there is something about the Settlement that you do not like by submitting an objection. By submitting an objection, you do not opt out or exclude yourself from the Settlement. You cannot ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no Class Benefits will be sent out and the Lawsuit will continue. If that is what you want to happen, you must object.

Any objection to the proposed Settlement must be in writing. If you submit a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. All written objections and supporting papers must (a) clearly identify the case name and number (Burns v. NZXT, Inc., 4:25-cv-06604); (b) include your full name, address, telephone number, and email address and any counsel representing you (if you are represented by counsel); (c) include information sufficient to verify that the objector is a Settlement Class Member; (d) state whether the objection applies only to the objector, to a specific subset of the Settlement Class, or to the entire Settlement Class; (e) state the grounds for the objection; (f) be personally signed and dated by the objector; (g) be submitted to the Court either through ECF or by mailing them to the Clerk of Court for the United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102; and (h) be filed or postmarked on or before [insert date].

[Back to Top](#)

### 19. What is the difference between objecting and opting out?

Objecting is simply telling the Court that you do not like something about the Settlement. You can object only if you stay in the Settlement Class (and do not opt out). Opting out is telling the Court that you do not want to be part of the Settlement Class. If you opt out, you cannot object because the Settlement no longer affects you.

[Back to Top](#)

*Class Action Settlement Website Template*



### 20. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing on [insert date], at [insert time], at the United States District Court for the Northern District of California, Oakland Courthouse, 1301 Clay Street, Courtroom 6 – 2nd Floor, Oakland, CA 94612. At this hearing, the Court will decide whether to approve the Settlement, Class Counsel's request for Attorneys' Fees and Expenses, and the Service Award to the Class Representatives. If there are objections, the Court will consider them. The Court may elect to move the Final Approval Hearing to a different date or time in its sole discretion, without providing further notice to the Class. The date and time of the Final Approval Hearing can be confirmed on this website.

Back to Top

### 21. Do I have to come to the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. However, you are welcome to come to the Final Approval Hearing at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but that is not necessary.

Back to Top

### 22. May I speak at the Final Approval Hearing?

Yes. You may ask the Court for permission to speak at the Final Approval Hearing.

Back to Top

### 23. What happens if I do nothing at all?

If you are a member of the Settlement Class and you do nothing, you will forego receiving Class Payment or PC retention (if eligible) unless you are eligible for Debt Forgiveness.

You will give up the rights explained in Question 11, including your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants arising out of the facts or claims alleged in this Lawsuit. To receive a Class Benefit, you must provide the information detailed in Question 8 above unless you are eligible for automatic Debt Forgiveness.

*Class Action Settlement Website Template*



Back to Top

## 24. Are more details available?

Visit the Documents section of this website, where you will find the Settlement Agreement and other related documents. You may also call toll-free at 1-877-269-8781 or write to Burns v. NZXT, Inc. Class Action Settlement Administrator, PO Box 4417, Portland, OR 97208- 4417. Inquiries should NOT be directed to the Court.

Back to Top

*Client Services | Last Updated: 5/19/2022*

*Class Action Settlement Website Template*



## Documents

For additional information, select from the documents listed below.

[Long Form Notice](#)

[Postcard Notice](#)

[Claim Form](#)

[Settlement Agreement](#)

[Preliminary Approval Order](#)

[Declaration of Named Individual](#)

*Class Action Settlement Website Template*



## Submit a Claim – Claim Instructions

# Submit a Claim Form – Instructions

To receive a cash payment or keep your PC, you must submit a timely and valid Claim Form. Debt Forgiveness will be applied automatically unless you exclude yourself from the Settlement. You do not need to submit a Claim Form for Debt Forgiveness.

Complete information about the Settlement and Settlement Class Member Benefits are available in the Notice and on the Frequently Asked Questions (FAQs) page of this website.

Claim Forms must be submitted online or postmarked no later than <mark>Month Day, Year</mark>. Claims submitted after the deadline will be deemed untimely and may not be accepted.

## How to File Online

**Before Claim Filing:** You will need the Unique ID and PIN printed on the Postcard Notice that you received in the mail. If you have not received a Postcard Notice or have lost yours, please contact the Settlement Administrator at 1-877-269-8781 for assistance.

**After Claim Filing:** After submitting your completed Claim Form online, you will receive an email with a confirmation code for your completed submission. Be sure to keep your confirmation email and code and refer to them if you have any questions about your Claim Form. If additional information is required to complete your Claim, you will be contacted by the Settlement Administrator.

## How to File by Mail

If you wish to submit a Claim Form via standard mail, you may download a copy of the Claim Form here. You will need to provide all the information requested on the Claim Form, sign it, date it, and then mail it to the following address:

Burns v. NZXT, Inc. Class Action Settlement Administrator
P.O. Box 4417
Portland, OR 97208-4417

*Client Services | Last Updated: 5/19/2022*

*Class Action Settlement Website Template*



Please use the login below to get started.

## Submit a Claim Form - Login

Unique ID:*

PIN:*

*Where can I find my login information?*
*If you received a Postcard Notice indicating that you are part of the Settlement Class, you will have a 10-character alphanumeric "Unique ID" and a 4-digit "PIN". Both values will be found on your Postcard Notice. If you did not receive a Notice or have lost yours, please contact the Settlement Administrator by calling 1-877-269-8781 (toll-free) for assistance.*

***Remember, all Claim Forms must be submitted online or postmarked no later than <mark>Month Day, Year</mark>***

## Submit a Claim – Page 1 Class Member Information

### Class Member Information:
Legal Name: **XXXXXXX**

*What do I do if this information is not correct?*
*If any of this information is not correct, please contact the Settlement Administrator at +1 877-269-8781 (toll-free), or at Burns v. NZXT, Inc. Class Action Settlement Administrator, P.O. Box 4417, Portland, OR 97208-4417. If your legal name has changed or is not correct, please include the Unique ID sent to you, your former name, your current name, and documentation to support your name change.*

Below is the mailing address we have on file for you. If you would like to make a change, please click the box below.

☐ I would like to update my address.

Country:*
Address Line 1:*
Address Line 2:
City:*
State:*
ZIP Code:*

*Class Action Settlement Website Template*



Phone Number:
Email Address:*

## Submit a Claim – Page 2 Claim Options

### Claim Options:

Please review the questions below to claim one of the benefits available. You must select one (1) benefit to complete this Claim Form.*

- Cash Payment Only
- Cash Payment + Debt Relief (under $500 in Debt)
- PC Retention or Cash Payment

## Submit a Claim – Page 3 (if Cash Payment Only selected)

### Cash Payment Only:

To receive a cash payment, you must check one box under either of the two Scenarios below:

☐ **Scenario 1:**
   i. I viewed disclosures or advertisements that I believed implied that I would own, or have an ownership interest in, the NZXT Flex PC; and
   ii. This representation was important in my decision to subscribe to the NZXT Flex Program.

☐ **Scenario 2:**
   i. Prior to signing up, I viewed product specifications or performance metrics for NZXT Flex PCs on the NZXT Flex website; and
   ii. These specifications or performance metrics were important in my decision to subscribe to the NZXT Flex Program; and
   iii. I believe that I received a NZXT Flex PC that had inferior product specifications and/or performance metrics to those that I viewed and relied on when signing up for the NZXT Flex Program.



If eligible, you will receive a pro-rata portion of the Net Settlement Cash Amount up to a cap of $500 per PC. This amount will increase or decrease pro-rata depending on the total number of valid claims submitted.

## Submit a Claim – Page 3 (if Cash Payment + Debt Relief (under $500 in Debt) selected)

You will automatically receive Debt Forgiveness. To be eligible to receive a cash payment, you must check one box under either of the two Scenarios below:

- ☐ **Scenario 1:**
    - i.   I viewed disclosures or advertisements that I believed in good faith implied that I would own, or have an ownership interest in, the NZXT Flex PC; and
    - ii.  This representation was important in my decision to subscribe to the NZXT Flex Program.
- ☐ **Scenario 2:**
    - i.   Prior to signing up, I viewed product specifications or performance metrics for NZXT Flex PCs on the NZXT Flex website; and
    - ii.  These specifications or performance metrics were important in my decision to subscribe to the NZXT Flex Program; and
    - iii. I believe that I received a NZXT Flex PC that had inferior product specifications and/or performance metrics to those that I viewed and relied on when signing up for the NZXT Flex Program.

If eligible, you will receive a total of up to $500 per PC in debt relief and cash payment, combined.  Then, after confirmation by the Settlement Administrator of your claim, you will receive a cash payment representing the difference between $500 and the amount of debt that has been forgiven. This amount will increase or decrease pro rata depending on the total number of valid claims submitted.

## Submit a Claim – Page 3 (if PC Retention or Cash Payment selected)

You may either elect to keep your PC **or** receive a cash payment.  Check the appropriate box below and then fill in the information required for that option.

**If you want to be to retain your PC but <u>not</u> receive a cash payment, you must check the box for Scenario 1 below:**

- ☐ **Scenario 1:**
    - i.   I wish to retain my PC; and
    - ii.  I viewed disclosures or advertisements that I believed in good faith implied that I would own, or have an ownership interest in, the NZXT Flex PC; and
    - iii. These representations were important in my decision to subscribe to the NZXT Flex Program.



**If you want to be eligible to receive a cash payment but not retain your PC, you must check the box for either Scenario 2 or 3 below**:

☐ **Scenario 2:**
   i.   I wish to receive a cash payment; and
   ii.  I viewed disclosures or advertisements that I believed in good faith implied that I would own, or have an ownership interest in, the NZXT Flex PC; and
   iii. This representation was important in my decision to subscribe to the NZXT Flex Program.

☐ **Scenario 3:**
   i.   I wish to receive a cash payment; and
   ii.  Prior to signing up, I viewed product specifications or performance metrics for NZXT Flex PCs on the NZXT Flex website; and
   iii. These specifications or performance metrics were important in my decision to subscribe to the NZXT Flex Program; and
   iv.  I believe that I received a NZXT Flex PC that that had inferior product specifications and/or performance metrics to the those that I viewed and relied on when signing up for the NZXT Flex Program.

If you elect to keep the NZXT Flex PC and the settlement received final approval, you will receive a separate notice confirming that you now have title to the NZXT Flex PC and the NZXT Flex PC subscription is terminated, so that no additional subscription payments are due. You must continue paying for the NZXT Flex PC subscription and comply with all other terms of the Subscription Agreement until you receive notice that you have title to the PC.  You do not need to return the NZXT Flex PC to Fragile. In addition, any outstanding debt or further payments that you have for the NZXT Flex PC will be forgiven.

If you elect to receive a cash payment, you must continue paying for the NZXT Flex PC subscription and comply with all other terms of the Subscription Agreement.

## Submit a Claim – Payment Selection

If you want to receive a cash payment, please select the method of payment:

☐ Physical check, and I confirm that the street address provided is correct.
☐ ACH Transfer: Direct Electronic Payment to a Bank Account

Provide bank account information to receive a direct deposit to your account (ACH transfer):

Full Legal Name

9-Digit Bank Routing Number:

*Class Action Settlement Website Template*



Account Number:

Account Type:

## Submit a Claim - Certification

## Certification:

☐ By checking this box, I certify under oath that I am the person who made the claim identified above and that all of the information I have provided on this Claim Form, or that was pre-populated in this claim form, is true and correct, to the best of their knowledge and good faith belief.

## Submit a Claim - Confirmation

Thank you for your submission. Your confirmation code is: XXXXXXXXXX

Please keep this code for your records and refer to it if you ever have questions about your Claim Form for the Settlement Administrator.

## What Happens Next?

Now that your Claim is submitted, it will be reviewed for validity by the Settlement Administrator. If your Claim is rejected for any reason, you will be notified and given an opportunity to address any deficiencies. Otherwise, if your Claim is deemed to be eligible, you may receive benefits, depending on the results of the Final Approval Hearing and any appeals that might occur.

The Court in charge of this case still has to decide whether to approve the Settlement. Payments will not be made until the Court grants Final Approval and after any appeals are resolved.

Accurate processing of claims may take significant time. Thank you in advance for your patience.

It is your responsibility to update the Settlement Administrator if you move or your contact information changes. You can provide your updated contact information by sending the information to the Settlement Administrator at the following information:

*Client Services | Last Updated: 5/19/2022*



Burns v. NZXT, Inc. Class Action Settlement Administrator
P.O. Box 4417
Portland, OR 97208-4417
info@XXXXXXXXXXXX.com

Please include this confirmation code with your correspondence.

## Submit a Claim – Confirmation Email

Burns v. NZXT, Inc. – Claim Submission Confirmation

Thank you. Your claim has been successfully submitted. Your Confirmation Code is: XXXXXXXXXX . Please keep this code for your records.

Sincerely,

Burns v. NZXT, Inc. Class Action Settlement Administrator

Questions? Contact the Administrator at 1-877-269-8781 or info@XXXXXXXXXXX.com.

You can also find more information about the Settlement by visiting www.XYZSettlement.com.

This is an auto-generated email. Do not respond to this email.

*Class Action Settlement Website Template*



## Contact Us

If you have any questions regarding this Settlement, you may contact the Settlement Administrator. Please ensure that you include your name and your return address on all correspondence.

Email Us:        [info@XXXXXXXXXXX.com]

Call Us:         1-877-269-8781 (Toll-Free)

Call Center Hours: 6 a.m. – 6 p.m. PST

Monday – Friday except Holidays

Write Us:        Burns v. NZXT, Inc. Class Action Settlement Administrator

P.O. Box 4417

Portland, OR 97208-4417

*Class Action Settlement Website Template*



# [Website Footer Text]

**Questions? Contact the Settlement Administrator at [info@XXXXXXXXXXX.com] or 1-877-269-8781 (Toll-Free).**

*Client Services | Last Updated: 5/19/2022*